UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY JACKSON,

    Plaintiff,

v.

SALLY J. BERENS,

    Defendant.

_____/

Case No. 1:25-cv-264

HON. JANE M. BECKERING

**ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 8) on March 28, 2025, recommending that this Court grant Plaintiff's motion to proceed *in forma pauperis*, screen the case, and dismiss it as frivolous and malicious and for failing to state a claim. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that Plaintiff may commence this action without prepayment of fees or costs or security therefor. Any pleadings herein served by the United States Marshal shall be at the expense of the United States government. All costs shall be reimbursed to the United States government should the Plaintiff prevail.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF. No. 8) is APPROVED and ADOPTED as the Opinion of the Court.

---

[1] Plaintiff is the only party that has appeared in the case at this time.

**IT IS FURTHER ORDERED** that Plaintiff's action is DISMISSED as frivolous and malicious, and for failing to state a claim upon which relief may be granted, for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated: April 22, 2025  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge